No. 78–854. Hutul v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–856. Aero Trucking, Inc. v. C & H Transportation Co., Inc., et al. C. A. D. C. Cir. Certiorari denied.

No. 78–858. Mathes et ux. v. Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied.

No. 78–863. Triple A Machine Shop et al. v. Director, Office of Workers' Compensation Programs, U. S. Department of Labor, et al. C. A. 9th Cir. Certiorari denied.

No. 78–871. Shannon v. Waterhouse et al., Executors. Sup. Ct. Hawaii. Certiorari denied.

No. 78–875. Blake Construction Co., Inc. v. Alliance Plumbing & Heating Co., Inc., et al. Ct. App. D. C. Certiorari denied.

No. 78–884. Pumphrey v. Oregon. Ct. App. Ore. Certiorari denied.

No. 78–886. Wesley-Jessen, Inc., et al. v. Arias. C. A. 7th Cir. Certiorari denied.

No. 78–889. City of Impact et al. v. Whitworth, dba Dinkie's Food Mart. C. A. 5th Cir. Certiorari denied.

No. 78–890. Levitt et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 78–892. Gardner v. Arkansas. Sup. Ct. Ark. Certiorari denied.